1  BENJAMIN J. GLICKSMAN (admitted *pro hac vice*)
   bjg@kravitlaw.com
2  KRAVIT HOVEL & KRAWCZYK S.C.
   825 North Jefferson
3  Milwaukee, Wisconsin 53202-3737
   (t) 414.271.7100, Ext. 273
4  (f) 414.271.8135

5  MARK ANGERT (SBN 238996)
   mangert@swsslaw.com
6  SOLOMON WARD SEIDENWURM & SMITH LLP
   401 B Street, Suite 1200
7  San Diego, California 92101
   (t) 619.231.0303
8  (f) 619.231.4755

9  *Attorneys for Defendant VRX Media Group, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BODDE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VRX MEDIA GROUP, LLC,<br><br>Defendant. | Case No. 21-cv-320-TWR-RBB<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FED. R. CIV. P. 12(b)(2) OR, ALTERNATIVELY, FOR TRANSFER**<br><br>**[NO ORAL ARGUMENT REQUESTED]**<br><br>Hearing Date: August 4, 2021<br>Time: 1:30 p.m.<br>Courtroom 3A<br>Judge: Hon. Todd W. Robinson<br><br>Magistrate Judge: Hon. Ruben B. Brooks<br>Courtroom 5195<br><br>Complaint filed: February 23, 2021<br>Trial: Not set |

TO THE HONORABLE TODD W. ROBINSON, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that on Wednesday, August 4, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Todd W. Robinson, in Courtroom 3A of the above-entitled court, located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Defendant VRX Media Group, LLC ("Defendant") will move the Court to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), or in alternative to transfer pursuant to 28 U.S.C. 1404(a).

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the supporting Declarations of Benjamin J. Glicksman, Nate Strom, and Seth Greenwell filed concurrently herewith, all pleadings, papers, and records on file in this action, and such other oral and documentary evidence as may be presented at the hearing of this Motion.

DATED: April 23, 2021

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/Mark Angert
Mark Angert
mangert@swsslaw.com
Attorneys for Defendant VRX Media Group, LLC